1
2
3
4
5
6
7
8
9
10

**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH L AIKENS, Trustee of THE MARGARET H AIKENS ESTATE<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, HOME LOANS, AMERICA'S WHOLESALE LENDER, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC, CTC REAL ESTATE SERVICES, QUALITY LOAN SERVICE CORP.<br><br>Defendants. | Case No. CV11-5937-R (Ex)<br><br>**JUDGMENT** |

///
///
///

## [PROPOSED] JUDGMENT

WHEREAS, on November 7, 2011, the Court GRANTED, in its entirety, defendants Bank of America, N.A. (erroneously sued as "Bank of America" and "Home Loans"); Countrywide Home Loans, Inc. (erroneously sued as its dba America's Wholesale Lender); Mortgage Electronic Registration Systems, Inc.; and CTC Real Estate Services's (collectively "Defendants") Motion to Dismiss the First Amended Complaint of Plaintiff Kenneth L. Aikens.

THEREFORE, pursuant to Rule 58 of the Federal Rules of Civil Procedure, JUDGMENT IS HEREBY ENTERED, with prejudice, against Plaintiff Kenneth L. Aikens and in favor of Defendants Bank of America, N.A.; Countrywide Home Loans, Inc.; Mortgage Electronic Registration Systems, Inc.; and CTC Real Estate Services.

Dated: November 28, 2011         _____
                                 Hon. Manuel L. Real
                                 United Stated District Court Judge